## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Bohdan Makuch

          Debtor(s)

Chapter: 13

Bankruptcy No: 20–14288–mdc

### *O R D E R*

**AND NOW,** this 30th day of October, 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 11/12/2020  
    Chapter 13 Plan due by 11/12/2020  
    Schedules AB–J due 11/12/2020  
    Statement of Financial Affairs due 11/12/2020  
    Summary of Assets and Liabilities Form B106 due 11/12/2020  
    Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due11/12/2020  
    Means Test Calculation Form 122C–2 – <I>If Applicable</I> – Due: 11/12/2020.Chapter 13

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman  
Chief Judge , United States Bankruptcy Court